Case 4:12-cr-00306-KGB   Document 378   Filed 07/25/13   Page 1 of 1
MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

vs.   CASE NO:  4:12CR00306-06 KGB
Superseding Indictment

Terry Wayne Leggitt

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __7/25/2013__          Deft is ____ is not ____ in custody
Continued Until: _____   ✓ Deft did not appear
Reason for continuance _____   ✓ Clerk to issue ~~warrant~~ Summons

Issue summons for Monday 7/29/2013 @ 10:00
Marshal can serve Father/Girlfriend
if doesn't appear arrest warrant
HDY 11/15/2013

COUNSEL

Assistant U. S. Attorney: **Anne E. Gardner**
Defense Counsel: **Nicole Lybrand**   (Appointed / ~~Retained~~) provisionally
Interpreter's Name: _____

---

### PLEA

| TRIAL BEFORE DISTRICT COURT | ) | CONSENTS TO TRIAL BEFORE MAGST. |

Not Guilty_____ )   Not Guilty_____)
Guilty (indicates desire)_____ )   Guilty_____)
Nolo Contendere (desire)_____ )   Nolo Contendere (_____)

____ ____ Demands Trial by Jury        ____ Waives Jury Trial
                                         Deft agrees _____
                                         Govt agrees _____

### BAIL

Bail Set at: _____  By: _____  Date: _____

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **3 days**.
Estimated Trial Date: **3/24/2014 @ 9:30 a.m., before the Honorable Judge Kristine G. Baker in Room 4C**.  All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: __7/25/2013__     SO ORDERED: _____
                                     U.S. MAGISTRATE ~~JUDGE~~